

# Diamond
Reporting & Legal Video
T.877.624.3287 • www.diamondreporting.com

MOUTON, GREGORY P., ESQ.
305 BROADWAY
14TH FLOOR
NEW YORK, NY 10007

GREGORY P. MOUTON, ESQ.

MCINTOSH, IMAN VS CITY OF NEW YORK, P.O. HAROLD TAYLOR, ETAL
INDEX NO: 14 CV 0051(FB)(RML)

**INVOICE NO.:** 14122905601
**INVOICE DATE:** 1/9/2015

**REPORTER:**
LORI PICKMAN

**TAX ID #:** 11-266-5545

**BILLER ID:** SS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/29/2014 | APPEARANCE OF A COURT REPORTER IN THE ABOVE-ENTITLED MATTER | |
| | STATEMENT - YOUR CHARGE | 95.00 |
| | DELIVERY & HANDLING | 15.00 |
| | SUB TOTAL | $110.00 |
| | PAID | $0.00 |
| | BALANCE DUE | $110.00 |

\*\* PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS \*\*
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

ORIGINAL INVOICE
\*\*\*PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241\*\*\*

Make checks payable to: Diamond Reporting, Inc.
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Check

Credit Card #: _____
Exp. Date: _____   Security Code: _____
Name on Card: _____

DIAMOND DEPOSITION CENTERS

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Melville, Mineola, White Plains
•••••••••••
New Jersey Office:
Englewood Cliffs