
# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141 (Rev. 11/09)


Invoice No **4000164498**

| | | | | |
|---|---|---|---|---|
| **Invoicing Command** | 109TH PCT. | | | **Invoice Status** OPEN |
| **Invoice Date** 08/27/2013 | **Property Type** GENERAL PROPERTY | | | **Property Category** ARREST EVIDENCE |

| Officers | Rank | Name | Tax No | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | OCME EU No | |
| Arresting | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | OCME FB No | |
| Investigating | N/A | | | | Police Lab Evid Ctrl No | |
| Det Squad Supervisor | N/A | | | | Det Sqd Case No | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No | N/A |

| Item | Total QTY | Article(s) | PETS No | Pkg QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | SWORD<br>COLOR: CHROME/STAINLESS STEEL MAKE: UNK<br>MODEL: UNK SERIAL NO.: UNK<br>1- SWORD | 1255424 | 1 | |

**REMARKS:**
939268 08/27/2013 23:32 ; ABOVE ITEM IS BEING VOUCHERED AS ARREST EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 08/27/2013 | 26502/CRIM POSS WEAPON | FELONY | N/A | REFUSED |

| Prisoner(s) Name | DOB | Age | Address | Arrest No/Summons No | NYSID No |
|---|---|---|---|---|---|
| 1 VECCHIO, KRISTOPHER | | | 149-29 34 AVENUE, 2FL, QUEENS, NY | Q13652028 | 12397148H |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | RAGOO, JASON | 939268 | 1 POLICE PLAZA NEW YORK, NY 10038. | |
| Owner(s) | VECCHIO, KRISTOPHER | | 149-29 34 AVENUE, 2FL, QUEENS, NY | |
| Complainant(s) | PSNY | | | |

| | |
|---|---|
| Complaint No | 2013-109-06980 |
| Related Comp No (s) | N/A |
| Aided/Accident No (s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | 08/27/2013 | 23:30 |
| Invoicing Officer | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | 08/27/2013 | 23:33 |
| Approved By | SGT | ELDERBAUM, MICHAEL | 901505 | INTEL-CRIM SECT | 08/27/2013 | 23:33 |

PLAINTIFF'S EXHIBIT NO. 21 FOR IDENTIFICATION DATE: 7/23/15 RPTR: JO


Invoice No **4000164498**

Arresting Officer Copy
printed: 08/27/2013 23:34

PCD Storage No. --

Page No 1 of 1

**DEFENDANTS263**