

# NYPD PETS Property and Evidence Tracking System
## Property Clerk Invoice
PD 521-141 (Rev. 11/09)

Invoice No. 4000164504

| | | | | | |
|---|---|---|---|---|---|
| **Invoicing Command** | 109TH PCT. | | | | **Invoice Status** OPEN |
| **Invoice Date** 08/27/2013 | **Property Type** FIREARM | | | | **Property Category** INVESTIGATORY |

| Officers | Rank | Name | Tax No | Command | |
|---|---|---|---|---|---|
| Invoicing | POF | BAKIRDJIAN, MONIQUE | 925475 | PBQN ACU | OCME EU No |
| Arresting | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | OCME FB No |
| Investigating | POM | FARLEY, THOMAS | 943218 | 109TH DET SQUAD | Police Lab Evid. Cat. No |
| Det Squad Supervisor | SGT | YEH, KEVIN | 928909 | 109TH DET SQUAD | Det Sqd Case No: N/A |
| CSU/ECT Processing | POF | BAKIRDJIAN, MONIQUE | 925475 | PBQN ACU | CSU/ECT Run No: QNECT 2103/2043 |

| Item | Total QTY | Article(s) | PETS No | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | PISTOL<br>MAKE: TANFOGLIO GIUSEPPE MODEL: GT27<br>CALIBER: .25 FIREARM COLOR: BLACK<br>SERIAL NO. EXISTS: NO LEAD SEAL NO.: 557160<br>LICENSE ACTIVE: NO<br>BROWN HANDLE MARKED MB1 | 1201590536 | 1 | |
| 2 | 1 | PISTOL<br>MAKE: TANFOGLIO GIUSEPPE MODEL: GT27<br>CALIBER: .25 FIREARM COLOR: BLACK<br>SERIAL NO. EXISTS: NO LEAD SEAL NO.: 588917<br>LICENSE ACTIVE: NO<br>BLACK HANDLE (WHITE TAPE) MARKED MB2 | 1201590536 | 1 | |
| 3 | 1 | PISTOL<br>MAKE: UNKNOWN MODEL: UNKNOWN CALIBER: UNKNOWN<br>FIREARM COLOR: BLACK SERIAL NO. EXISTS: YES<br>SERIAL NO.: 6129 LICENSE ACTIVE: NO<br>BLACK HANDLE MARKED MB3 | 1201590536 | 1 | |
| 4 | 1 | MAGAZINE<br>MAKE: UNKNOWN MODEL: UNKNOWN<br>SILVER MARKED [MB4] | 1201590536 | 1 | |

**REMARKS:**
925475 08/28/2013 00:27 : ABOVE ITEM TAKEN IN REGARDS TO THE EXECUTION OF A SEARCH WARRANT, ITEMS FORWARDED TO FIREARM ANALYSIS SECTION FOR FURTHER ANALYSIS.
PO BAKIRDJIAN#925475 & PO MATTERN#917949 OF QNECT PROCESSED. CONFERRAL WITH DET FARLEY# 943218 AND SGT YEH# 928909 OF 109PDU.
P ROCESS CASE AS ROUTINE.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 08/27/2013 | 26502/CRIM POSS WEAPON | FELONY | N/A | ACCEPTED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No /Summons No | NYSID No |
|---|---|---|---|---|---|
| | | | | | |



Invoice No 4000164504

Arresting Officer Copy
printed 08/26/2013 02:52

PCD Storage No. --

Page No 1 of 2


PLAINTIFF'S EXHIBIT NO. 23 FOR IDENTIFICATION DATE: 7/23/15 RPTR: JD

DEFENDANTS264




**Invoice No. 4000164504**

| | Presenter(s) Name | D.O.B | Age | Address | | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|---|
| 1 | VECCHIO, KRISTOPHER | | 34 | 149-29 34 AVENUE, 2FL, QUEENS, NY | | Q13652028 | 12397148H |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | RAGOO, JASON | 939268 | 1 POLICE PLAZA NEW YORK, NY 10038. | |
| Owner(s) | UNKNOWN | | | |
| Complainant(s) | PSNY | | | |

| | |
|---|---|
| Complaint No. | 2013-109-06980 |
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | 4000164503 |

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POF | BAKIRDJIAN, MONIQUE | 925475 | PBQN ACU | 08/27/2013 | 23:57 |
| Invoicing Officer | POF | BAKIRDJIAN, MONIQUE | 925475 | PBQN ACU | 08/28/2013 | 02:22 |
| Approved By | LT | HERR, ANDREW | 906454 | DBQU | 08/28/2013 | 02:33 |



Invoice No. 4000164504

Arresting Officer Copy
printed: 08/28/2013 02:52

PCD Storage No.

**DEFENDANTS265**