

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141 (Rev. 11/09)

Invoice No. **4000164439**

| | | | | | | Invoice Status |
|---|---|---|---|---|---|---|
| Invoicing Command | | | | | | **OPEN** |
| **109TH PCT.** | | | | | | Property Category |
| Invoice Date | Property Type | | | | | **ARREST EVIDENCE** |
| **08/27/2013** | **FIREARM** | | | | | |

| Officers | Rank | Name | Tax No | Comment | | |
|---|---|---|---|---|---|---|
| Invoicing | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | OCME EU No | |
| Arresting | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | OCME FB No | |
| Investigating | N/A | | | | Police Lab Evid Ctrl No | |
| Det Squad Supervisor | N/A | | | | Det Sqd Case No | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No | N/A |

| Item | Total QTY | Article(s) | PETS No | Req. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **RIFLE**<br>MAKE: **WINCHESTER** MODEL: **94** CALIBER: **.30-30**<br>FIREARM COLOR: **BROWN** SERIAL NO. EXISTS: **YES**<br>SERIAL NO.: **GS72620** LICENSE ACTIVE: **NO** | 1255437 | 1 | |
| 2 | 1 | **SHOTGUN**<br>MAKE: **FRANCHI** MODEL: **FALCONET** CALIBER: **UNKNOWN**<br>FIREARM COLOR: **BLACK** SERIAL NO. EXISTS: **YES**<br>SERIAL NO.: **2011096** LICENSE ACTIVE: **NO** | 1255433 | 1 | |
| 3 | 1 | **RIFLE**<br>MAKE: **SEARS & ROEBUCK** MODEL: **JED WILLIAMS**<br>CALIBER: **20 GAUGE** FIREARM COLOR: **BROWN**<br>SERIAL NO. EXISTS: **YES** SERIAL NO.: **2732310**<br>LICENSE ACTIVE: **NO** | 1255436 | 1 | |
| 4 | 1 | **SHOTGUN**<br>MAKE: **BRESCIA ARMS** MODEL: **UNK** CALIBER: **UNKNOWN**<br>FIREARM COLOR: **BLACK** SERIAL NO. EXISTS: **YES**<br>SERIAL NO.: **81716** LICENSE ACTIVE: **NO** | 1255435 | 1 | |
| 5 | 1 | **RIFLE**<br>MAKE: **UNKNOWN** MODEL: **UNK** CALIBER: **.44**<br>FIREARM COLOR: **BROWN** SERIAL NO. EXISTS: **YES**<br>SERIAL NO.: **570605B** LICENSE ACTIVE: **NO** | 1255434 | 1 | |



PLAINTIFF'S EXHIBIT NO. 22 FOR IDENTIFICATION DATE: 7/23/15 RPTR: JO



Invoice No **4000164439**

Arresting Officer Copy
printed: 08/27/2013 22:08

PCD Storage No. --

Page No 1 of 2

**DEFENDANTS266**


# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141 (Rev. 11/09)



Invoice No. 4000164439

| Item | Total QTY | Article(s) | PETS No | Pkg QTY | Disposition |
|---|---|---|---|---|---|
| 6 | 1 | RIFLE<br>MAKE: UNKNOWN MODEL: 98 CALIBER: UNKNOWN<br>FIREARM COLOR: BROWN SERIAL NO. EXISTS: YES<br>SERIAL NO.: 30346 LICENSE ACTIVE: NO | 1255421 | 1 | |
| 7 | 1 | RIFLE<br>MAKE: UNKNOWN MODEL: UNK CALIBER: UNKNOWN<br>FIREARM COLOR: BROWN SERIAL NO. EXISTS: YES<br>SERIAL NO.: 47487 LICENSE ACTIVE: NO | 1255422 | 1 | |
| 8 | 1 | RIFLE<br>MAKE: UNKNOWN MODEL: GR 1918 CALIBER: UNKNOWN<br>FIREARM COLOR: BROWN SERIAL NO. EXISTS: YES<br>SERIAL NO.: 15669 LICENSE ACTIVE: NO | 1255423 | 1 | |

**REMARKS:**

Receipt: **REFUSED**

| Date Of Incident | Penal Code/Description | Crime Classification | Related To |
|---|---|---|---|
| 08/27/2013 | 26502/CRIM POSS WEAPON | FELONY | N/A |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1  VECCHIO, KRISTOPHER | | 34 | 149-29 34 AVENUE, 2FL, QUEENS, NY | Q13652028 | 12397148H |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | RAGOO, JASON | 939268 | 1 POLICE PLAZA NEW YORK, NY 10038 | |
| Owner(s) | VECCHIO, KRISTOPHER | | 149-29 34 AVENUE, 2FL, QUEENS, NY | |
| Complainant(s) | PSNY | | | |

Complaint No: 2013-109-06980
Related Comp No (s): N/A
Aided/Accident No (s): N/A
Related Invoice(s): N/A

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | 08/27/2013 | 21:06 |
| Invoicing Officer | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | 08/27/2013 | 22:26 |
| Approved By | SGT | ELDERBAUM, MICHAEL | 901505 | INTEL-CRIM SECT | 08/27/2013 | 22:26 |


Invoice No 4000164439

Arresting Officer Copy
printed 08/27/2013 22:26

PCD Storage No.: --

**DEFENDANTS267**