

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
Property Clerk Invoice
PD 521-141 (Rev. 11/09)



Invoice No 4000164408

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| 109TH PCT. | | | | | OPEN |
| Invoice Date | | Property Type | | | Property Category |
| 08/27/2013 | | FIREARM | | | ARREST EVIDENCE |

| Officers | Rank | Name | Tax No | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | OCME EU No | |
| Arresting | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | OCME FB No | |
| Investigating | N/A | | | | Police Lab Evid Col No | |
| Det Squad Supervisor | N/A | | | | Det Sqd Case No | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No | N/A |

| Item | Total QTY | Article(s) | PETS No | Pkg QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | CARTRIDGE<br>MAKE: MAUSER CALIBER: 8MM<br>1-8MM MAUSER CATRIDGE | 1201590597 | 1 | |
| 2 | 5 | CARTRIDGE<br>MAKE: WINCHESTER MODEL: SUPERX<br>CALIBER: 12 GAUGE<br>1- BOX CONT.5 SHOTGUN CARTRIDGES | 1201590597 | 5 | |
| 3 | 413 | CARTRIDGE<br>MAKE: BLAZER CALIBER: .22<br>1- BOX CONT. 413 CATRIDGES | 1201590597 | 413 | |

**REMARKS:**
939268 08/27/2013 20:56 : ABOVE ITEMS ARE BEING VOUCHERED AS ARREST EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 08/27/2013 | 26502/CRIM POSS WEAPON | FELONY | N/A | REFUSED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No/Summons No | NYSID No |
|---|---|---|---|---|---|
| 1 VECCHIO, KRISTOPHER | | 34 | 149-29 34 AVENUE, 2FL, QUEENS, NY | Q13652028 | 12397148H |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | RAGOO, JASON | 939268 | 1 POLICE PLAZA NEW YORK, NY 10038. | |
| Owner(s) | VECCHIO, KRISTOPHER | | 149-29 34 AVENUE, 2FL, QUEENS, NY | |
| Complainant(s) | PSNY | | | |

| Complaint No | 2013-109-06980 |
|---|---|
| Related Comp No (s) | N/A |
| Aided/Accident No (s) | N/A |
| Related Invoice(s) | N/A |



Invoice No 4000164408

Arresting Officer Copy
printed 08/27/2013 20:59

PCD Storage No. --

Page No 1 of 2



PLAINTIFF'S
EXHIBIT NO. 24
FOR IDENTIFICATION
DATE: 7/23/15  RPTR: JO

**DEFENDANTS268**

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No **4000164408**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | 08/27/2013 | 20:35 |
| Invoicing Officer | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | 08/27/2013 | 20:59 |
| Approved By | SGT | ELDERBAUM, MICHAEL | 901505 | INTEL-CRIM SECT | 08/27/2013 | 20:59 |


Invoice No **4000164408**

Arresting Officer Copy
printed 08/27/2013 20:59

PCO Storage No. →

DEFENDANTS269