


# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141 (Rev 11/08)

Invoice No. **4000164501**

| | | | | | |
|---|---|---|---|---|---|
| Invoicing Command | **109TH PCT.** | | | Invoice Status | **OPEN** |
| Invoice Date | **08/27/2013** | Property Type | **FIREARM** | Property Category | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No | Command | |
|---|---|---|---|---|---|
| Invoicing | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | OCME EU No |
| Arresting | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | OCME FB No |
| Investigating | N/A | | | | Police Lab Evid Ctrl No |
| Det Squad Supervisor | N/A | | | | Det Sqd Case No: N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No: N/A |

| Item | Total QTY | Article(s) | PETS No | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | SCOPE<br>MAKE: BUSHNELL MODEL: 2.5 BANNER<br>SERIAL NO.: 57195<br>1-BLACK BUSHNELL SCOPE | 1300148888 | 1 | |
| 2 | 1 | SCOPE<br>MAKE: UNK MODEL: UNK SERIAL NO.: UNK<br>1- BLACK SCOPE | 1300148888 | 1 | |
| 3 | 1 | OTHER PARTS & ACCESSORIES<br>MAKE: UNK MODEL: UNK SERIAL NO.: UNK<br>1- BROWN SHOULDER STRAP FOR RIFLE | 1300148888 | 1 | |

**REMARKS:**
939268 08/27/2013 23:43 : ABOVE ITEMS BEING VOUCHERED AS ARREST EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 08/27/2013 | 26502/CRIM POSS WEAPON | FELONY | N/A | REFUSED |

| | Prisoner(s) Name | D.O.B | Age | Address | Arrest No /Summons No | NYSID No |
|---|---|---|---|---|---|---|
| 1 | VECCHIO, KRISTOPHER | | 34 | 149-29 34 AVENUE, 2FL, QUEENS, NY | Q13652028 | 12397148H |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | RAGOO, JASON | 939268 | 1 POLICE PLAZA NEW YORK, NY 10038 | |
| Owner(s) | VECCHIO, KRISTOPHER | | 149-29 34 AVENUE, 2FL, QUEENS, NY | |
| Complainant(s) | PSNY | | | |

| Complaint No | 2013-109-06980 |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |


Invoice No **4000164501**

Property Clerk Copy
printed: 08/27/2013 23:45

PCD Storage No. --

Page No. 1 of 2


PLAINTIFF'S EXHIBIT NO. 25 FOR IDENTIFICATION DATE: 7/23/15 RPTR: JD

**DEFENDANTS270**


**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141 (Rev. 11/09)


Invoice No **4000164501**

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | 08/27/2013 | 23:37 |
| Invoicing Officer | POM | RAGOO, JASON | 939268 | 109TH PRECINCT | 08/27/2013 | 23:45 |
| Approved By | SGT | ELDERBAUM, MICHAEL | 901505 | INTEL-CRIM SECT | 08/27/2013 | 23:45 |


Invoice No. **4000164501**

**Property Clerk Copy**
printed 08/27/2013 23:45

PCD Storage No. --