
# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141 (Rev. 11/09)



Invoice No. **4000164208**

| Invoicing Command | | | | Invoice Status |
|---|---|---|---|---|
| **109TH PCT.** | | | | **OPEN** |
| Invoice Date | Property Type | | | Property Category |
| **08/27/2013** | **GENERAL PROPERTY** | | | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | POM | TAYLOR, HAROLD | | 109TH PRECINCT | OCME PU No. | |
| Arresting | POM | TAYLOR, HAROLD | | 109TH PRECINCT | OCME FB No. | |
| | | N/A | | | Police Lab/Evid. Col. No. | |
| Det Squad Supervisor | | N/A | | | Det. Sqd. Case No. | N/A |
| CHRTS Processor | | N/A | | | CRIMES Rqst No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | SCISSOR<br>COLOR: RED<br>RRED HANDLED SCISSOR | 1201590529 | 1 | |
| 2 | 1 | SCISSOR<br>COLOR: BLACK<br>BLACK HANDLED SCISSOR | 1201590579 | 1 | |

**REMARKS:**
926197 08/27/2013 06:32 : ABOVE PROPERTY BEING VOUCHERED AS ARREST EVIDENCE.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 08/26/2013 | 12005/ASSAULT | FELONY | N/A | REFUSED |

| Prisoner(s) Name | D.O.B. | Age | Address | Arrest No./Summons No./NYSID No. |
|---|---|---|---|---|
| VECCHIO, KRISTOPHER | | | | |

| | Name | Tax No. | Address | Phone No. |
|---|---|---|---|---|
| Officer(s) | TAYLOR, HAROLD | | | |
| Owner(s) | UNKNOWN | | | |
| Complainant(s) | MCINTOSH, | | AVENUE 2ND FL, QUEENS, NY 11354 | |

| Complaint No. | 2013-109-08580 |
|---|---|
| Related Comp. No.(s) | N/A |
| | 1848 |
| Related Invoice(s) | N/A |


Invoice No. 4000164208

ADA Copy
printed: 08/27/2013 06:35

**PLAINTIFF'S EXHIBIT**
14
7/16/15 mc

PCB Storage No. --

Page No. 1 of 3

**DEFENDANTS155**




**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **4000164208**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | TAYLOR, HAROLD | | 109TH PRECINCT | 08/27/2013 | 00:35 |
| Invoicing Officer | POM | TAYLOR, HAROLD | | 109TH PRECINCT | 08/27/2013 | 06:34 |
| Approved By | SGT | VALENTINO, JOHN | | 109TH PRECINCT | 08/27/2013 | 06:34 |

Invoice No. **4000164208**

ADA Copy
printed: 08/27/2013 06:35

PCD Storage no. **

Page No. 2 of 3

**DEFENDANTS156**