UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

IMAN MCINTOSH,                                                          JUDGMENT
                                                                                     14-CV- 0051 (FB)
                            Plaintiff,

   -against-

THE CITY OF NEW YORK; POLICE
OFFICER HAROLD TAYLOR;
SERGEANT HONG CHEN; POLICE
OFFICER CHONG YI; POLICE
OFFICER JAWAD JAVED; POLICE
OFFICER JAMES KELLY; POLICE
OFFICER JASON RAGOO; SERGEANT
RONALD WARNETT; SERGEANT
MICHAEL ELDERBAUM; and
JOHN/JANE DOE #1-20,

                           Defendants.
-----------------------------------------------------------X

        A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on February 3, 2017, denying Plaintiff's motion for summary judgment; granting Defendants' motion for summary judgment; and dismissing the Complaint; it is

        ORDERED and ADJUDGED that Plaintiff's motion for summary judgment is denied; that Defendants' motion for summary judgment is granted; and that the Complaint is dismissed.

Dated: Brooklyn, New York                                Douglas C. Palmer
       February 03, 2017                                  Clerk of Court

                                                  by:   */s/ Janet Hamilton*
                                                          Deputy Clerk